# EXHIBIT A

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Brian C. Cannon (Cal. Bar No. 193071)
2  briancannon@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood Shores, California 94065-2129
   (650) 801-5055 Tel.
4  (650) 801-5100 Fax

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Brian P. Biddinger (Cal. Bar No. 224604)
6  brianbiddinger@quinnemanuel.com
   51 Madison Avenue, 22nd Floor
7  New York, NY 10010
   (212) 849-7120 Tel.
8  (212) 849-7100 Fax

9  Attorneys for Plaintiffs
   ABCELLERA BIOLOGICS INC. and
10 THE UNIVERSITY OF BRITISH COLUMBIA

11 (additional counsel on signature page)

12              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
13                   **SAN JOSE DIVISION**

14 ABCELLERA BIOLOGICS INC. and THE          Case No. 5:20-cv-08624-LHK
   UNIVERSITY OF BRITISH COLUMBIA,           Case No. 5:20-cv-08626-LHK
15                                            Case No. 5:20-cv-08627-LHK
                 Plaintiffs,
16
          vs.                                **ABCELLERA BIOLOGICS INC.'S**
17                                           **RESPONSES TO DEFENDANT**
   BERKELEY LIGHTS, INC.,                    **BERKELEY LIGHTS, INC.'S FIRST SET**
18                                           **OF REQUESTS FOR PRODUCTION TO**
                 Defendant.                  **PLAINTIFF ABCELLERA BIOLOGICS**
19                                           **INC.**

20

21        Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and the applicable

22 Local Civil of the United States District Court for the Northern District of California (the "Local

23 Rules"), Plaintiff AbCellera Biologics Inc. ("AbCellera") hereby objects and responds to

24 Defendant Berkeley Lights, Inc.'s First Set of Requests for Production ("Defendant's RFPs") to

25 Plaintiff AbCellera Biologics Inc. submitted by Defendant Berkeley Lights, Inc. ("Berkeley

26 Lights" or "Defendant") as set forth below.

27

28

**GENERAL RESPONSES**

1.      AbCellera's responses to Defendant's RFPs are made to the best of AbCellera's present knowledge, information, and belief.  These responses are at all times subject to such additional or different information that discovery or further investigation may disclose.  AbCellera reserves the right to make any use of, or to introduce at any hearing and trial, information and/or documents responsive to Defendant's RFPs but discovered subsequent to the date of these responses, including, but not limited to, any such information or documents obtained in discovery herein.

2.      AbCellera's statement that it "will produce" documents means that AbCellera will produce any non-privileged or otherwise immune protected documents in its possession, custody, or control based upon a reasonable search, and does not constitute a representation that such documents exist.

3.      AbCellera's investigation into the potential existence of materials responsive to Defendant's RFPs is ongoing and, if found, AbCellera reserves the right to withhold documents responsive to any of Defendant's RFPs on the basis of any of its general or specific objections.

4.      AbCellera reserves all objections or other questions as to the competency, relevance, materiality, privilege, admissibility, or any other protection afforded by law as evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever of AbCellera's responses herein and any document or thing identified or provided in response to Defendant's RFPs.

5.      AbCellera reserves the right to object on any ground at any time to such other or supplemental requests as Defendant may at any time propound involving or relating to the subject matter of these RFPs.

6.      AbCellera incorporates each of the following General Objections and Objections to Defendant's Definitions and Instructions into each of its responses to each of Defendant's RFPs, and reserves the right to withhold responsive materials on the bases of each such Objection, whether or not expressly referred to in each such response.

7.      AbCellera reserves the right to supplement its answer, objections, or production if AbCellera uncovers additional documents or information appropriately called for by Defendant's RFPs.

## **GENERAL OBJECTIONS**

AbCellera makes the following objections, whether or not separately set forth in response to each RFP, to each of Defendant's instructions, definitions, and RFPs to the extent that they:

1.      Are directed to matters that are not relevant to any party's claims or defenses at issue in this action and the burden of discovery with respect to those matters is disproportionate to the needs of this litigation;

2.      Seek information, documents, or things that are not proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit;

3.      Seek information or documents protected by the attorney-client privilege, work-product doctrine, common interest privilege, or any other privilege, immunity, or protection afforded by law. Any inadvertent disclosure or production of such information or documents shall not be deemed a waiver of any privilege or work-product with respect to such information or documents;

4.      Seek information already known to Defendant, available to Defendant from documents in its own files or from other sources, or equally available to Defendant as it is to AbCellera;

5.      Are duplicative, vague, ambiguous, overly broad, or unduly burdensome;

6.      Seek to assign meaning to words different from their plain and ordinary meaning;

7.      Seek information or documents that are not in AbCellera's possession, custody, or control;

8.      Seek information or documents subject to confidentiality agreements, protective orders, or any other obligation pursuant to which AbCellera is required to protect or maintain the

confidentiality of any third party's information or documents.  Inadvertent disclosure of any confidential information shall not operate as a waiver of any applicable confidentiality protection or obligation;

9.      Are premature, such that they seek expert discovery or documents or things to be produced or disclosed at a later date according to the Federal Rules of Civil Procedure, the Local Civil Rules, the Pretrial Scheduling Order, any agreement(s) between the parties, or any other applicable authority;

10.      Are unlimited in scope as to time; or

11.      Attempt to impose obligations upon AbCellera that are not required by the Federal Rules of Civil Procedure, the Local Civil Rules, or any other applicable authority.

## OBJECTIONS TO DEFENDANT'S DEFINITIONS AND RULES OF CONSTRUCTION

1.      AbCellera objects to the definitions of "AbCellera," "You," and "Your" as overly broad, unduly burdensome, vague, ambiguous, and as not relevant nor proportionate to the needs of the case, to the extent that it refers to any person or entity other than the Plaintiff, AbCellera Biologics Inc.

2.      AbCellera objects to the definition of "Berkeley Lights" as not commensurate in scope with Defendant's definition of AbCellera.

3.      AbCellera objects to the definition of the term "Patent" as overly broad, unduly burdensome, vague, ambiguous, and as not relevant nor proportionate to the needs of the case, to the extent that it refers to any patent not specifically enumerated in a document request.

4.      AbCellera objects to the definition of the term "Prior Art" as it is Defendant's obligation to identify prior art to the Asserted Patents in the first instance.

5.      AbCellera objects to the definition of the phrase "Related Patents and Applications" as overly broad, unduly burdensome, vague, ambiguous, and as not relevant nor proportionate to the needs of the case, including, but not limited, to the extent the phrase involves patents, applications, and/or other issues that are irrelevant to any claim or defense in the above-captioned cases.

6.     AbCellera objects to the definitions of the terms "Person," "Communication," "relate to," "reflecting," "relating to," "concerning," and "Document," to the extent that they seek to impose obligations upon AbCellera that are not required by the Federal Rules of Civil Procedure, the Local Civil Rules, or any other applicable authority.

7.     AbCellera objects to paragraphs 14, 17, 18, and 19-29 to the extent that they seek to impose obligations upon AbCellera that are not required by the Federal Rules of Civil Procedure, the Local Civil Rules, or any other applicable authority.

8.     AbCellera additionally objects to paragraph 20 as overly broad, unduly burdensome, vague, ambiguous, and as not relevant nor proportionate to the needs of the case, including, but not limited, to the extent it seeks production of documents not in AbCellera's possession, custody or control.

9.     AbCellera additionally objects to paragraph 23 as confusing.  Plaintiffs will assume that if a defined term or phrase is capitalized, then the meaning ascribed to it shall be used.  If not capitalized, Plaintiffs will assume the term to have its plain and ordinary meaning.

10.    AbCellera additionally objects to paragraph 24 as overly broad, unduly burdensome, vague, ambiguous, and as not relevant nor proportionate to the needs of the case, including, but not limited, to the extent it involves non-party "Juniper."  Plaintiffs will provide a privilege log at an agreed-upon time and in accordance with the Federal Rules of Civil Procedure or agreement between the parties.

11.    AbCellera additionally objects to paragraph 25 as overly broad, unduly burdensome, vague, ambiguous, and as not relevant nor proportionate to the needs of the case.

**RESPONSES TO REQUESTS**

**REQUEST FOR PRODUCTION NO. 1:**

Any Documents constituting, referring to, or relating to any investigations, analyses, studies, or opinions regarding the patentability (including prior art searches), enforceability, or infringement of the Asserted Patents or Related Patents and Applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case, including, but not limited to, the extent it seeks documents concerning "Related Patents and Applications."  AbCellera further objects to the Request on the ground that the terms "investigations," "analyses," studies," and "opinions" are undefined, vague, and ambiguous. AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ny Documents" regarding the requested subject matter.  AbCellera further objects to this Request to the extent that it prematurely seeks AbCellera's contentions and/or expert opinion(s) before any date(s) provided for in the Local Rules and/or any schedule agreed to by the parties and adopted by the Court.  AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal conclusions.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted.  AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 2:**

All Documents constituting, referring to, or relating to any communication by or with any third party regarding the patentability, enforceability, enforcement, or infringement of the Asserted Patents or Related Patents and Applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or

Case Nos. 20-cv-08624-LHK, 20-cv-08626-LHK, 20-cv-08627-LHK
ABCELLERA BIOLOGICS INC.'S RESPONSES TO DEFENDANT FIRST SET OF REQUESTS FOR PRODUCTION

1 defense currently in this action and not proportional to the needs of the case, and because the

2 burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

3 limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

4 in this case, including, but not limited to, the extent it seeks documents concerning "Related

5 Patents and Applications."  AbCellera further objects to this Request as overly broad and unduly

6 burdensome to the extent that it seeks "[a]ll Documents" and "any communications by or with any

7 third party" regarding the requested subject matter.  AbCellera further objects to this Request to

8 the extent that it prematurely seeks AbCellera's contentions and/or expert opinion(s) before any

9 date(s) provided for in the Local Rules and/or any schedule agreed to by the parties and adopted

10 by the Court.  AbCellera further objects to this Request to the extent that it seeks expert testimony

11 and/or legal conclusions.

12        Subject to and without waiver of the foregoing general and specific objections, and to the

13 extent that AbCellera understands the Request, AbCellera does not intend to produce any

14 documents in response to this Request as currently drafted.  AbCellera is willing to meet and

15 confer regarding this Request.

16 **REQUEST FOR PRODUCTION NO. 3:**

17        All Documents constituting, referring to, or relating to the preparation, filing, or
prosecution of the Asserted Patents or Related Patents and Applications.

18 **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

19

20        AbCellera incorporates by reference each of the foregoing General Objections as if set

21 forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

22 from disclosure by the attorney-client privilege, the attorney work product protection, common

23 interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

24 on the grounds that it seeks documents and information that are not relevant to any claim or

25 defense currently in this action and not proportional to the needs of the case, and because the

26 burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

27 limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

28 in this case, including, but not limited to, the extent it seeks documents concerning "Related

Patents and Applications." AbCellera further objects to the Request on the ground that the terms "preparation," "filing," and "prosecution" are undefined, vague, and ambiguous. AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter. AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal conclusions. AbCellera further objects to this Request as unduly burdensome as Defendant is no more burdened by the task of retrieving publicly available documents than is AbCellera.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera intends to produce a copy of the file history for each patent within the definition of Asserted Patents. AbCellera does not intend to produce any other documents in response to this Request as currently drafted.

**REQUEST FOR PRODUCTION NO. 4:**

All Documents and Communications relating to the named inventors of the Asserted Patents (including Anupam Singhal, Carl L.F. Hansen, John W. Schrader, Charles A. Haynes, Daniel J. Da Costa, Veronique Lecault, and James M. Piret) and concerning the Asserted Patents or Related Patents and Applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein. AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities. AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case, including, but not limited to, the extent it seeks documents concerning "Related Patents and Applications." AbCellera further objects to this Request on the ground that it seeks information or documents that are not within AbCellera's possession, custody, or control. AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that

it seeks "[a]ll Documents and Communications" regarding the requested subject matter. AbCellera further objects to this Request on the ground that it seeks information or documents that are not within AbCellera's possession, custody, or control.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera will search for and, if found, produce copies of documents that relate to the conception and reduction to practice of the inventions claimed in the asserted claims of the Asserted Patents to the extent that any such documents are not protected from disclosure based on any applicable privilege or immunity. AbCellera does not intend to produce any other documents in response to this Request as currently drafted.

**REQUEST FOR PRODUCTION NO. 5:**

All Documents constituting, referring to, or relating to any assignment of rights in the Asserted Patents or Related Patents and Applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein. AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities. AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case, including, but not limited to, the extent it seeks documents concerning "Related Patents and Applications." AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the request, AbCellera intends to produce documents sufficient to show ownership of the Asserted Patents. AbCellera does not intend to produce any other documents in response to this request as currently drafted.

**REQUEST FOR PRODUCTION NO. 6:**

All Documents relating to Your decision to license the Asserted Patents or Related Patents and Applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case, including, but not limited to, the extent it seeks documents concerning "Related Patents and Applications."  AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted.  AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 7:**

All Documents purporting or attempting to assign a value to the Asserted Patents or Related Patents and Applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the

burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case, including, but not limited to, the extent it seeks documents concerning "Related Patents and Applications." AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter. AbCellera further objects to the Request on the ground that the term "assign a value" is undefined, vague, and ambiguous. AbCellera further objects to this Request to the extent that it prematurely seeks AbCellera's contentions and/or expert opinion(s) before any date(s) provided for in the Local Rules and/or any schedule agreed to by the parties and adopted by the Court. AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal conclusions.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted. AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 8:**

All Documents constituting, referring to, or relating to the first disclosure of the subject matter disclosed or claimed in the Asserted Patents or Related Patents and Applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein. AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities. AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent it seeks information about "the first disclosure" in the absence of any dispute regarding this subject matter, and to the extent that it seeks documents concerning "Related Patents and Applications." AbCellera further objects to this Request as overly broad and unduly

burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter. AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal conclusions.  AbCellera further objects to this Request as unduly burdensome as Defendant is no more burdened by the task of retrieving publicly available documents than is AbCellera. AbCellera further objects to this Request on the ground that it seeks information or documents that are not within AbCellera's possession, custody, or control.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted.  AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 9:**

All Documents constituting, referring to, or relating to the first disclosure outside of AbCellera or UBC of the subject matter disclosed or claimed in the Asserted Patents or Related Patents and Applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent it seeks information about "the first disclosure" in the absence of any dispute regarding this subject matter, and to the extent that it seeks documents concerning "Related Patents and Applications."  AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter. AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal conclusions.  AbCellera further objects to this Request as unduly burdensome as Defendant is no more burdened by the task of retrieving publicly available documents than is AbCellera.

1   Subject to and without waiver of the foregoing general and specific objections, and to the

2   extent that AbCellera understands the Request, AbCellera does not intend to produce any

3   documents in response to this Request as currently drafted.  AbCellera is willing to meet and

4   confer regarding this Request.

5   **REQUEST FOR PRODUCTION NO. 10:**

6   All Documents, including all laboratory notebooks and other records and data, research
    summaries, presentations, meeting minutes, and Communications referring or relating to the
7   conception, design, testing, reduction to practice, or development of devices and methods that are
    disclosed or claimed in the Asserted Patents or Related Patents and Applications, or (without
8   limitation) which you contend to be disclosed or claimed in the Asserted Patents or Related
    Patents and Applications.

9   **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

10  AbCellera incorporates by reference each of the foregoing General Objections as if set

11  forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

12  from disclosure by the attorney-client privilege, the attorney work product protection, common

13  interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

14  on the grounds that it seeks documents and information that are not relevant to any claim or

15  defense currently in this action and not proportional to the needs of the case, and because the

16  burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

17  limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

18  in this case, including, but not limited to, the extent it seeks documents concerning "Related

19  Patents and Applications."  AbCellera further objects to this Request as overly broad and unduly

20  burdensome to the extent that it seeks "[a]ll Documents … and Communications" regarding the

21  requested subject matter.  AbCellera further objects to the Request on the ground that the terms

22  "other records," "data," "research summaries," "presentations," "meeting minutes," "design,"

23  "testing," and "development" are undefined, vague, and ambiguous.  AbCellera further objects to

24  this Request to the extent that it prematurely seeks AbCellera's contentions and/or expert

25  opinion(s) before any date(s) provided for in the Local Rules and/or any schedule agreed to by the

26  parties and adopted by the Court.  AbCellera further objects to this Request to the extent that it

27  seeks expert testimony and/or legal conclusions.  AbCellera further objects to this Request on the

28

ground that it seeks information or documents that are not within AbCellera's possession, custody, or control. AbCellera further objects to this Request as unduly burdensome as Defendant is no more burdened by the task of retrieving publicly available documents than is AbCellera.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera will search for and, if found, produce copies of documents that relate to the conception and reduction to practice of the inventions claimed in the asserted claims of the Asserted Patents to the extent that any such documents are not protected from disclosure based on any applicable privilege or immunity. AbCellera does not intend to produce any other documents in response to this Request as currently drafted.

**REQUEST FOR PRODUCTION NO. 11:**

All Documents constituting, referring to, or relating to any comparison of the Asserted Patents and Related Patents and Applications, or the inventions claimed or disclosed in, or that You contend are claimed or disclosed in, the Asserted Patents and Related Patents and Applications, on the one hand, and the Accused Products, on the other hand, including without limitation any documents that include references to both the Accused Products and the Asserted Patents and Related Patents and Applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein. AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities. AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case, including, but not limited to, the extent it seeks documents concerning "Related Patents and Applications." AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter. AbCellera further objects to this Request to the extent that it prematurely seeks AbCellera's contentions and/or expert opinion(s) before any date(s) provided for in the Local Rules and/or any

1   schedule agreed to by the parties and adopted by the Court.  AbCellera further objects to this

2   Request to the extent that it seeks expert testimony and/or legal conclusions.

3          Subject to and without waiver of the foregoing general and specific objections, and to the

4   extent that AbCellera understands the Request, AbCellera will produce its infringement

5   contentions and associated documents in accordance with the Local Rules and any schedule

6   adopted by the Court.  AbCellera does not intend to produce any other documents in response to

7   this Request as currently drafted.

8   **REQUEST FOR PRODUCTION NO. 12:**

9          All Documents referring or relating to the date(s) on which or the circumstances under
    which You first became aware of the Beacon® system or any documents, including scientific
10   articles or patent applications, concerning the Beacon® system.

11  **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

12         AbCellera incorporates by reference each of the foregoing General Objections as if set

13  forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

14  from disclosure by the attorney-client privilege, the attorney work product protection, common

15  interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

16  on the grounds that it seeks documents and information that are not relevant to any claim or

17  defense currently in this action and not proportional to the needs of the case, and because the

18  burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

19  limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

20  in this case, including, but not limited to, the extent it seeks documents concerning when

21  AbCellera first became aware of the Beacon system.  AbCellera further objects to this Request as

22  overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the

23  requested subject matter.  AbCellera further objects to this Request as unduly burdensome as

24  Defendant is no more burdened by the task of retrieving publicly available documents than is

25  AbCellera.

26         Subject to and without waiver of the foregoing general and specific objections, and to the

27  extent that AbCellera understands the Request, AbCellera does not intend to produce any

28

1   documents in response to this Request as currently drafted.  AbCellera is willing to meet and

2   confer regarding this Request.

3   **REQUEST FOR PRODUCTION NO. 13:**

4          All Documents or Communications, including any Communications with any third party,
    that discuss or reference Berkeley Lights, the Accused Products, or other Berkeley Lights
5   products.

6   **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

7          AbCellera incorporates by reference each of the foregoing General Objections as if set

8   forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

9   from disclosure by the attorney-client privilege, the attorney work product protection, common

10  interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

11  on the grounds that it seeks documents and information that are not relevant to any claim or

12  defense currently in this action and not proportional to the needs of the case, and because the

13  burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

14  limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

15  in this case.  AbCellera further objects to this Request as overly broad and unduly burdensome to

16  the extent that it seeks "[a]ll Documents or Communications" regarding the requested subject

17  matter.  AbCellera further objects to the Request on the ground that the phrases "other Berkeley

18  Lights products" and "any third party" are undefined, vague, and ambiguous.  AbCellera further

19  objects to this Request on the ground that it seeks information or documents that are not within

20  AbCellera's possession, custody, or control.  AbCellera further objects to this Request as unduly

21  burdensome as Defendant is no more burdened by the task of retrieving publicly available

22  documents than is AbCellera.

23         Subject to and without waiver of the foregoing general and specific objections, and to the

24  extent that AbCellera understands the Request, AbCellera does not intend to produce any

25  documents in response to this request as currently drafted.  AbCellera is willing to meet and confer

26  regarding this Request.

27

28

**REQUEST FOR PRODUCTION NO. 14:**

All Documents constituting, referring to, or relating to AbCellera's license agreement with UBC for the Asserted Patents, including without limitation any Documents referencing proposed financial terms in this agreement and any alternative drafts of this agreement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case, including, but not limited to, the extent it seeks documents regarding "any alternative drafts of this agreement."  AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter. AbCellera further objects to the Request on the ground that the phrase "referencing proposed financial terms" is undefined, vague, and ambiguous.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera intends to produce AbCellera's license agreement with UBC for the Asserted Patents.  AbCellera does not intend to produce any other documents in response to this Request as currently drafted.

**REQUEST FOR PRODUCTION NO. 15:**

All Documents referring or relating to Your licensing policies, practices, and/ or procedures, including without limitation, Documents referring or relating to any calculation or determination of, or to any policy practice relating to the calculation or determination of, any royalty or royalty rate.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case.  AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter.  AbCellera further objects to the Request on the ground that the terms "licensing policies," "practices," "procedures," "policy practice," "royalty," and "royalty rate" are undefined, vague, and ambiguous.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted.  AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 16:**

All Documents constituting, referring to or relating to any valuation or appraisal of any of the Asserted Patents or Related Patents and Applications, including any Documents Concerning valuation of the Asserted Patents or Related Patents and Applications for purposes of licensing or for purposes of potential investment by prospective investors.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

1   in this case, including, but not limited to, the extent it seeks documents concerning "Related

2   Patents and Applications."  AbCellera further objects to this Request as overly broad and unduly

3   burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter.

4   AbCellera further objects to the Request on the ground that the terms "valuation," "appraisal,"

5   "potential investment," "prospective investors" are undefined, vague, and ambiguous.  AbCellera

6   further objects to this Request to the extent that it prematurely seeks AbCellera's contentions

7   and/or expert opinion(s) before any date(s) provided for in the Local Rules and/or any schedule

8   agreed to by the parties and adopted by the Court.  AbCellera further objects to this Request to the

9   extent that it seeks expert testimony and/or legal conclusions.

10          Subject to and without waiver of the foregoing general and specific objections, and to the

11   extent that AbCellera understands the Request, AbCellera does not intend to produce any

12   documents in response to this Request as currently drafted.  AbCellera is willing to meet and

13   confer regarding this Request.

14   **REQUEST FOR PRODUCTION NO. 17:**

15          All Documents that support, contradict, or Concern Your contention that You are entitled
     to damages pursuant to 35 U.S.C. § 284.
16
     **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**
17
            AbCellera incorporates by reference each of the foregoing General Objections as if set
18
     forth herein.  AbCellera objects to this Request to the extent that it seeks information protected
19
     from disclosure by the attorney-client privilege, the attorney work product protection, common
20
     interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request
21
     as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the
22
     requested subject matter.  AbCellera further objects to this Request to the extent that it
23
     prematurely seeks AbCellera's contentions and/or expert opinion(s) before any date(s) provided
24
     for in the Local Rules and/or any schedule agreed to by the parties and adopted by the Court.
25
     AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal
26
     conclusions.
27

28

1    Subject to and without waiver of the foregoing general and specific objections, and to the

2    extent that AbCellera understands the Request, AbCellera will produce its contentions and

3    associated documents in accordance with the Local Rules and any schedule adopted by the Court.

4    AbCellera does not intend to produce any other documents in response to this Request as currently

5    drafted.

6    **REQUEST FOR PRODUCTION NO. 18:**

7    All Documents that support, contradict, or Concern Your contention that You are entitled
to attorney's fees and costs under 35 U.S.C. § 285.

8

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

9

10    AbCellera incorporates by reference each of the foregoing General Objections as if set

forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

11    from disclosure by the attorney-client privilege, the attorney work product protection, common

12    interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

13    as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the

14    requested subject matter.  AbCellera further objects to this Request to the extent that it

15    prematurely seeks AbCellera's contentions and/or expert opinion(s) before any date(s) provided

16    for in the Local Rules and/or any schedule agreed to by the parties and adopted by the Court.

17    AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal

18    conclusions.

19    Subject to and without waiver of the foregoing general and specific objections, and to the

20    extent that AbCellera understands the Request, AbCellera does not intend to produce any

21    documents in response to this Request as currently drafted.  AbCellera is willing to meet and

22    confer regarding this Request.

23    **REQUEST FOR PRODUCTION NO. 19:**

24    All Documents that support, contradict, or Concern Your request for enhanced damages up
to and including treble damages.

25

26    **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

27    AbCellera incorporates by reference each of the foregoing General Objections as if set

28    forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter.  AbCellera further objects to this Request to the extent that it prematurely seeks AbCellera's contentions and/or expert opinion(s) before any date(s) provided for in the Local Rules and/or any schedule agreed to by the parties and adopted by the Court. AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal conclusions.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted.  AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 20:**

All Documents supporting, contradicting, or Relating to Your contention that You are entitled to costs and reasonable expenses to the fullest extent permitted by law.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter.  AbCellera further objects to this Request to the extent that it prematurely seeks AbCellera's contentions and/or expert opinion(s) before any date(s) provided for in the Local Rules and/or any schedule agreed to by the parties and adopted by the Court. AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal conclusions.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any

documents in response to this Request as currently drafted.  AbCellera is willing to meet and

confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 21:**

Documents that support, contradict, or concern Your Contention that Berkeley Lights' alleged infringement of any claim of the Asserted Patents has caused, is causing, and/ or will cause You irreparable harm.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

AbCellera incorporates by reference each of the foregoing General Objections as if set

forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

from disclosure by the attorney-client privilege, the attorney work product protection, common

interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the

requested subject matter.  AbCellera further objects to this Request to the extent that it

prematurely seeks AbCellera's contentions and/or expert opinion(s) before any date(s) provided

for in the Local Rules and/or any schedule agreed to by the parties and adopted by the Court.

AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal

conclusions.

Subject to and without waiver of the foregoing general and specific objections, and to the

extent that AbCellera understands the Request, AbCellera does not intend to produce any

documents in response to this Request as currently drafted.  AbCellera is willing to meet and

confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 22:**

All Documents identified in Your responses to any interrogatory or request for admission propounded by Berkeley Lights in this action.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

AbCellera incorporates by reference each of the foregoing General Objections as if set

forth herein.

Subject to and without waiver of the foregoing general and specific objections, and to the

extent that AbCellera understands the Request, AbCellera will conduct a reasonable search for

and, if found, will produce non-public documents explicitly identified in its Responses to BLI's First Set of Interrogatories to AbCellera (Nos. 1-9) that have not otherwise been produced. AbCellera does not intend to produce any other documents in response to this Request as currently drafted.

**REQUEST FOR PRODUCTION NO. 23:**

All Documents concerning Berkeley Lights' research and development efforts, including without limitation all Documents concerning Berkeley Lights' design and development of the Accused Products and Berkeley Lights' design and development of other products.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein. AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities. AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case. AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter. AbCellera further objects to this Request on the ground that it seeks information or documents that are not within AbCellera's possession, custody, or control; but rather is in the possession, custody, or control of Defendant. AbCellera further objects to this Request as unduly burdensome as Defendant is no more burdened by the task of retrieving publicly available documents than is AbCellera.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted. AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 24:**

All Documents constituting, referring to, or relating to any analysis of any product other than the Accused Products, infringes any of the Asserted Patents or Related Patents.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case to the extent it seeks documents concerning "Related Patents" and documents concerning products not at issue in this action.  AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter.  AbCellera further objects to the Request on the ground that the phrase "any product other than the Accused Products" is undefined, vague, and ambiguous.  AbCellera further objects to this Request on the ground that it seeks information or documents that are not within AbCellera's possession, custody, or control.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted.  AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 25:**

All Documents referring or relating to whether or not the Beacon® system, the Culture Station™ system, or the Opto™ Plasma B Discovery Workflow satisfies any elements of the Asserted Claims.

1   **RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

2        AbCellera incorporates by reference each of the foregoing General Objections as if set

3   forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

4   from disclosure by the attorney-client privilege, the attorney work product protection, common

5   interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

6   on the grounds that it seeks documents and information that are not relevant to any claim or

7   defense currently in this action and not proportional to the needs of the case, and because the

8   burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

9   limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

10  in this case.  AbCellera further objects to this Request as overly broad and unduly burdensome to

11  the extent that it seeks "[a]ll Documents" regarding the requested subject matter.  AbCellera

12  further objects to the Request on the ground that the phrase "Asserted Claims" is undefined,

13  vague, and ambiguous.  AbCellera further objects to this Request on the ground that it seeks

14  information or documents that are not within AbCellera's possession, custody, or control.

15        Subject to and without waiver of the foregoing general and specific objections, and to the

16  extent that AbCellera understands the Request, AbCellera will produce its infringement

17  contentions and associated documents in accordance with the Local Rules and any schedule

18  agreed to by the parties and adopted by the Court.  AbCellera does not intend to produce any other

19  documents in response to this Request as currently drafted.

20  **REQUEST FOR PRODUCTION NO. 26:**

21        All Documents referring or relating to Your decision to sue Berkeley Lights for
    infringement of the Asserted Patents.
22

    **RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**
23

24        AbCellera incorporates by reference each of the foregoing General Objections as if set

25  forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

26  from disclosure by the attorney-client privilege, the attorney work product protection, common

27  interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

28  on the grounds that it seeks documents and information that are not relevant to any claim or

1    defense currently in this action and not proportional to the needs of the case, and because the

2    burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

3    limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

4    in this case.  AbCellera further objects to this Request as overly broad and unduly burdensome to

5    the extent that it seeks "[a]ll Documents" regarding the requested subject matter.

6           Subject to and without waiver of the foregoing general and specific objections, and to the

7    extent that AbCellera understands the Request, AbCellera does not intend to produce any

8    documents in response to this Request as currently drafted.  AbCellera is willing to meet and

9    confer regarding this Request.

10   **REQUEST FOR PRODUCTION NO. 27:**

11       All Documents sufficient to show the identity, structure, and operation of any products
     You contend embody the Asserted Patents.

12   **RESPONSE TO REQUEST FOR PRODUCTION NO. 27:**

13          AbCellera incorporates by reference each of the foregoing General Objections as if set

14   forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

15   from disclosure by the attorney-client privilege, the attorney work product protection, common

16   interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

17   on the grounds that it seeks documents and information that are not relevant to any claim or

18   defense currently in this action and not proportional to the needs of the case, and because the

19   burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

20   limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

21   in this case, including, but not limited to, the extent it seeks documents concerning products not at

22   issue in this litigation.  AbCellera further objects to this Request as overly broad and unduly

23   burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter.

24   AbCellera further objects to the Request on the ground that the phrases "identity, structure, and

25   operation," "any products," and "embody the Asserted Patents" are undefined, vague, and

26   ambiguous.  AbCellera further objects to this Request to the extent that it prematurely seeks

27   AbCellera's contentions and/or expert opinion(s) before any date(s) provided for in the Local

28

Rules and/or any schedule agreed to by the parties and adopted by the Court.  AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal conclusions.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted.  AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 28:**

All Documents that refer or relate to the design and development of any products You contend embody the Asserted Patents.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 28:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case, including, but not limited to, the extent it seeks documents concerning products not at issue in this litigation.  AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter. AbCellera further objects to the Request on the ground that the terms and phrases "design," "development," "any products" and "embody the Asserted Patents" are undefined, vague, and ambiguous.  AbCellera further objects to this Request to the extent that it prematurely seeks AbCellera's contentions and/or expert opinion(s) before any date(s) provided for in the Local Rules and/or any schedule agreed to by the parties and adopted by the Court.  AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal conclusions.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted.  AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 29:**

Documents sufficient to show all customers of any products You contend embody the Asserted Patents, including when those customers became Your customers.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue in this case, including, but not limited to, the extent it seeks documents concerning products not at issue in this action.  AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks documents concerning "[a]ll customers" of "any products" regarding the requested subject matter.  AbCellera further objects to the Request on the ground that the phrases "customers," "any products," and "embody the Asserted Patents" are undefined, vague, and ambiguous.  AbCellera further objects to this Request on the ground that it seeks information or documents that are not within AbCellera's possession, custody, or control.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted.  AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 30:**

Any agreements, including without limitation agreements between AbCellera and UBC, relating or referring to this Litigation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein. AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities. AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it is unlimited in time and scope and does not concern any disputed issues in this case. AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ny agreements" regarding the requested subject matter.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the Request, AbCellera does not intend to produce any documents in response to this Request as currently drafted. AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 31:**

All Communications between AbCellera and UBC referring or relating to the decision to sue Berkeley Lights in the Litigation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein. AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, common interest privilege, or any other privileges or immunities. AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

1   limited to, the extent that it is unlimited in time and scope and does not concern any disputed

2   issues in this case.  AbCellera further objects to this Request as overly broad and unduly

3   burdensome to the extent that it seeks "[a]ll communications" regarding the requested subject

4   matter.

5          Subject to and without waiver of the foregoing general and specific objections, and to the

6   extent that AbCellera understands the Request, AbCellera does not intend to produce any

7   documents in response to this Request as currently drafted.  AbCellera is willing to meet and

8   confer regarding this Request.

9   **REQUEST FOR PRODUCTION NO. 32:**

10          All Documents constituting, referring or relating to any analysis of Berkeley Lights'
     patents, patent applications, or technologies.

11

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

13          AbCellera incorporates by reference each of the foregoing General Objections as if set

14   forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

15   from disclosure by the attorney-client privilege, the attorney work product protection, common

16   interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

17   on the grounds that it seeks documents and information that are not relevant to any claim or

18   defense currently in this action and not proportional to the needs of the case, and because the

19   burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

20   limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

21   in this case, including, but not limited to, the extent it seeks documents concerning patents other

22   than the Asserted Patents.  AbCellera further objects to this Request as overly broad and unduly

23   burdensome to the extent that it seeks "[a]ll documents" regarding the requested subject matter.

24   AbCellera further objects to this Request to the extent that it seeks expert testimony and/or legal

25   conclusions.  AbCellera further objects to this Request on the ground that it seeks information or

26   documents that are not within AbCellera's possession, custody, or control.

27          Subject to and without waiver of the foregoing general and specific objections, and to the

28   extent that AbCellera understands the Request, AbCellera does not intend to produce any

ing

documents in response to this Request as currently drafted.  AbCellera is willing to meet and confer regarding this Request.

**REQUEST FOR PRODUCTION NO. 33:**

All Documents provided to investors or potential investors in connection with AbCellera's initial public offering referring or relating to the Asserted Patents or Related Patents or Applications, or to Berkeley Lights, or to this Litigation, or to AbCellera's agreement with UBC regarding the Asserted Patents or Related Patents or Applications.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

AbCellera incorporates by reference each of the foregoing General Objections as if set forth herein.  AbCellera objects to this Request to the extent that it seeks information protected from disclosure by the attorney-client privilege, the attorney work product protection, or any other privileges or immunities.  AbCellera further objects to this Request on the grounds that it seeks documents and information that are not relevant to any claim or defense currently in this action and not proportional to the needs of the case, and because the burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not limited to, the extent that it does not concern any disputed issue in this case to the extent it seeks documents concerning "Related Patents and Applications."  AbCellera further objects to this Request as overly broad and unduly burdensome to the extent that it seeks "[a]ll Documents" regarding the requested subject matter. further objects to the Request on the ground that the terms "investors," and "potential investors" are undefined, vague and ambiguous.  AbCellera further objects to this Request as unduly burdensome as Defendant is no more burdened by the task of retrieving publicly available documents than is AbCellera.

Subject to and without waiver of the foregoing general and specific objections, and to the extent that AbCellera understands the request, AbCellera does not intend to produce any documents in response to this request as currently drafted.  AbCellera is willing to meet and confer regarding this request.

**REQUEST FOR PRODUCTION NO. 34:**

All lab notebooks from 2007-present date for each of the named inventors on the inventions claimed or disclosed in, or that You contend are claimed or disclosed in, the Asserted Patents and Related Patents and Applications, including abandoned patent applications.

1    **RESPONSE TO REQUEST FOR PRODUCTION NO. 34:**

2          AbCellera incorporates by reference each of the foregoing General Objections as if set

3    forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

4    from disclosure by the attorney-client privilege, the attorney work product protection, common

5    interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

6    on the grounds that it seeks documents and information that are not relevant to any claim or

7    defense currently in this action and not proportional to the needs of the case, and because the

8    burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

9    limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

10   in this case, including, but not limited to, the extent it seeks documents concerning "Related

11   Patents and Applications, including abandoned patent applications" and "inventions claimed or

12   disclosed in" the Asserted Patents.  AbCellera further objects to this Request as overly broad and

13   unduly burdensome to the extent it seeks "[a]ll laboratory notebooks" regarding the requested

14   subject matter.  AbCellera further objects to this Request to the extent that it seeks expert

15   testimony and/or legal conclusions.  AbCellera further objects to this Request on the ground that it

16   seeks information or documents that are not within AbCellera's possession, custody, or control.

17         Subject to and without waiver of the foregoing general and specific objections, and to the

18   extent that AbCellera understands the Request, AbCellera does not intend to produce any

19   documents in response to this Request as currently drafted.  AbCellera is willing to meet and

20   confer regarding this Request.

21   **REQUEST FOR PRODUCTION NO. 35:**

22         All Documents or Communications, including Communications between AbCellera and
     UBC, referring to or relating to the Petition filed for Post-Grant Review of U.S. Patent No.
23   10,646,871.

24   **RESPONSE TO REQUEST FOR PRODUCTION NO. 35:**

25         AbCellera incorporates by reference each of the foregoing General Objections as if set

26   forth herein.  AbCellera objects to this Request to the extent that it seeks information protected

27   from disclosure by the attorney-client privilege, the attorney work product protection, common

28   interest privilege, or any other privileges or immunities.  AbCellera further objects to this Request

-32-    Case Nos. 20-cv-08624-LHK, 20-cv-08626-LHK, 20-cv-08627-LHK

1  on the grounds that it seeks documents and information that are not relevant to any claim or

2  defense currently in this action and not proportional to the needs of the case, and because the

3  burden and expense to AbCellera outweighs any likely benefit to Defendant, including, but not

4  limited to, the extent that it is unlimited in time and scope and does not concern any disputed issue

5  in this case, including, but not limited to, the extent it seeks documents concerning patents other

6  than the Asserted Patents.  AbCellera further objects to this Request as overly broad and unduly

7  burdensome to the extent it seeks "[a]ll Documents or Communications" regarding the requested

8  subject matter.  AbCellera further objects to this Request as unduly burdensome as Defendant is

9  no more burdened by the task of retrieving publicly available documents than is AbCellera.

10        Subject to and without waiver of the foregoing general and specific objections, and to the

11  extent that AbCellera understands the Request, AbCellera does not intend to produce any

12  documents in response to this Request as currently drafted.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ABCELLERA BIOLOGICS INC.'S RESPONSES TO DEFENDANT FIRST SET OF REQUESTS FOR PRODUCTION

Dated: March 26, 2021

By:  /s/ Eric C. Stops
Eric C. Stops (admitted *pro hac vice*)
ericstops@quinnemanuel.com
F. Dominic Cerrito (admitted *pro hac vice*)
nickcerrito@quinnemanuel.com)
Angus Chen, Ph.D. (admitted *pro hac vice*)
anguschen@quinnemanuel.com
Brian P. Biddinger (Cal. Bar No. 224604)
brianbiddinger@quinnemanuel.com
Catherine T. Mattes (*pro hac vice* pending)
catherinemattes@quinnemanuel.com
Brian J. Forsatz, Ph.D. (admitted *pro hac vice*)
brianforsatz@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Brian C. Cannon (Cal. Bar No. 193071)
briancannon@quinnemanuel.com
Bingxue (Allison) Que (Cal. Bar No. 324044)
allisonque@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Nathan N. Sun (Cal. Bar No. 284782)
nathansun@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

*Attorneys for Plaintiffs*
*AbCellera Biologics Inc. and The University of*
*British Columbia*

ABCELLERA BIOLOGICS INC.'S RESPONSES TO DEFENDANT FIRST SET OF REQUESTS FOR PRODUCTION

**CERTIFICATE OF SERVICE**

1

2          I, Eric Stops, am employed in the County of New York, State of New York.  I am over the

3  age of eighteen years and not a party to the within action; my business address is 51 Madison

4  Avenue, 22nd Floor, New York, New York 10010.

5          On March 26, 2021, I served a true copy of **ABCELLERA BIOLOGICS INC.'S**

6  **RESPONSES TO DEFENDANT BERKELEY LIGHTS, INC.'S FIRST SET OF**

7  **REQUESTS FOR PRODUCTION TO PLAINTIFF ABCELLERA BIOLOGICS INC.** via

8  email, on the interested parties in this action addressed as follows:

| | |
|---|---|
| IRELL & MANELLA LLP<br>Morgan Chu<br>mchu@irell.com<br>Alan J. Heinrich<br>aheinrich@irell.com<br>Keith A. Orso<br>korso@irell.com<br>Elizabeth C. Tuan<br>etuan@irell.com<br>Dennis Courtney<br>dcourtney@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>*Attorneys for Defendant Berkeley Lights, Inc.* | TURNER BOYD LLP<br>Karen I. Boyd<br>boyd@turnerboyd.com<br>Jennifer Seraphine<br>seraphine@turnerboyd.com<br>Keeley I. Vega<br>vega@turnerboyd.com<br>Marc David Peters<br>mdpeters@turnerboyd.com<br>Louis L. Wai<br>wai@turnerboyd.com<br>TURNER BOYD LLP<br>702 Marshall Street, Suite 640<br>Redwood City, California 94063<br>Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931<br>*Attorneys for Defendant Berkeley Lights, Inc.* |

18

19  **BY ELECTRONIC MAIL TRANSMISSION:** By electronic mail transmission from

20  ericstops@quinnemanuel.com on March 26, 2021, by transmitting PDF format copies of such

21  documents to each such person at the e-mail address specified above. The documents were

22  transmitted by electronic transmission and such transmission was reported as complete and

23  without error. I declare under penalty of perjury under the laws of the United States of America

24  that the foregoing is true and correct.

25  Executed on March 26, 2021, at New York, New York.

26

27                                    */s/ Eric C. Stops*
                                     Eric Stops
28

Case Nos. 20-cv-08624-LHK, 20-cv-08626-LHK, 20-cv-08627-LHK