| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Brian C. Cannon (Bar No. 193071)<br>briancannon@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065-2129<br>(650) 801-5055 Tel.<br>(650) 801-5100 Fax<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Brian P. Biddinger (Bar No. 224604)<br>brianbiddinger@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7120 Tel.<br>(212) 849-7100 Fax<br><br>*Attorneys for Plaintiffs AbCellera Biologics Inc. and The University of British Columbia*; additional counsel listed in signature block below | IRELL & MANELLA LLP<br>Morgan Chu (State Bar No. 70446)<br>mchu@irell.com<br>Alan J. Heinrich (State Bar No. 212782)<br>aheinrich@irell.com<br>Keith A. Orso (State Bar No. 217490)<br>korso@irell.com<br>Elizabeth C. Tuan (State Bar No. 295020)<br>etuan@irell.com<br>Dennis Courtney (State Bar No. 307646)<br>dcourtney@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>TURNER BOYD LLP<br>Karen I. Boyd (State Bar No. 189808)<br>boyd@turnerboyd.com<br>Jennifer Seraphine (State Bar No. 245463)<br>seraphine@turnerboyd.com<br>Keeley I. Vega (State Bar No. 259928)<br>vega@turnerboyd.com<br>Marc David Peters (State Bar No. 211725)<br>mdpeters@turnerboyd.com<br>Louis L. Wai (State Bar No. 295089)<br>wai@turnerboyd.com<br><br>TURNER BOYD LLP<br>702 Marshall Street, Suite 640<br>Redwood City, California 94063<br>Telephone: (650) 521-5930<br>Facsimile: (650) 521-5931<br><br>*Attorneys for Defendant Berkeley Lights, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABCELLERA BIOLOGICS INC. and THE UNIVERSITY OF BRITISH COLUMBIA<br><br>    Plaintiffs,<br><br>    v.<br><br>BERKELEY LIGHTS, INC.<br><br>    Defendant. | Case No. 5:20-cv-08624-LHK<br>Case No. 5:20-cv-08626-LHK<br>Case No. 5:20-cv-08627-LHK<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Pursuant to the Court's March 11, 2021 Case Management Order (ECF No. 70), Plaintiffs AbCellera Biologics Inc. ("AbCellera") and The University of British Columbia ("UBC," together with AbCellera, "Plaintiffs") and Defendant Berkeley Lights, Inc. ("Berkeley Lights" or "Defendant"), by and through their undersigned counsel of record, hereby submit this report regarding the status of settlement discussions to date.

The parties attended a settlement conference with Magistrate Judge Susan van Keulen on May 27. 2021.  In attendance for Plaintiffs were Nick Cerrito, Eric Stops and Brian Cannon of Quinn Emanuel Urquhart & Sullivan, LLP.  Also in attendance as AbCellera's Chief Legal Officer, Tryn Stimart.  A UBC representative was not in attendance as AbCellera has settlement authority for both Plaintiffs.  In attendance for Berkeley Lights were Karen Boyd of Turner Boyd LLP and Alan Heinrich of Irell & Manella LLP.  Also in attendance was Berkeley Lights's CEO, Eric Hobbs, its General Counsel, Stuart Merkadeau, and its Vice President, Intellectual Property, George Fox.  The parties had productive discussions, but did not reach a settlement agreement at that session.

The parties are scheduled to submit a status report on settlement to Judge van Keulen on June 24, 2021.

| | | |
|---|---|---|
| Dated: June 17, 2021 | By: | /s/ *Eric C. Stops* |

Eric C. Stops (admitted *pro hac vice*)
ericstops@quinnemanuel.com
F. Dominic Cerrito (admitted *pro hac vice*)
nickcerrito@quinnemanuel.com)
Angus Chen, Ph.D. (admitted *pro hac vice*)
anguschen@quinnemanuel.com
Brian P. Biddinger (Cal. Bar No. 224604)
brianbiddinger@quinnemanuel.com
Catherine T. Mattes (admitted *pro hac vice*)
catherinemattes@quinnemanuel.com
Brian J. Forsatz, Ph.D. (admitted *pro hac vice*)
brianforsatz@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Brian C. Cannon (Cal. Bar No. 193071)
briancannon@quinnemanuel.com
Bingxue (Allison) Que (Cal. Bar No. 324044)
allisonque@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

Nathan N. Sun (Cal. Bar No. 284782)
nathansun@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

*Attorneys for Plaintiffs*
*AbCellera Biologics Inc. and The University of British Columbia*

| | |
|---|---|
| Dated: June 17, 2021 | By:   */s/ Alan Heinrich* |

IRELL & MANELLA LLP
Morgan Chu (State Bar No. 70446)
mchu@irell.com
Alan J. Heinrich (State Bar No. 212782)
aheinrich@irell.com
Keith A. Orso (State Bar No. 217490)
korso@irell.com
Elizabeth C. Tuan (State Bar No. 295020)
etuan@irell.com
Dennis Courtney (State Bar No. 307646)
dcourtney@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

TURNER BOYD LLP
Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Keeley I. Vega (State Bar No. 259928)
vega@turnerboyd.com
Marc David Peters (State Bar No. 211725)
mdpeters@turnerboyd.com
Louis L. Wai (State Bar No. 295089)
wai@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, California 94063
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

*Attorneys for Defendant*
*Berkeley Lights, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Eric Stops, attest that concurrence in the filing of this JOINT SETTLEMENT STATUS REPORT has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of June, 2021, at New York, New York.

By  */s/ Eric C. Stops*
    Eric C. Stops