UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABCELLERA BIOLOGICS INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BERKELEY LIGHTS, INC.,<br><br>Defendant. | Case Nos. 20-CV-08624-LHK<br>20-CV-08626-LHK<br>20-CV-08627-LHK<br><br>**CASE MANAGEMENT ORDER** |

On June 30, 2021, the parties filed a joint case management statement ("JCMS"). ECF No. 97. The Court continues the July 7, 2021 case management conference to September 1, 2021 at 2:00 p.m. The parties shall file another JCMS by August 25, 2021.

In the March 11, 2021 Case Management Order, the Court directed the parties to "provide competing proposals for further pretrial narrowing in their June 30, 2021 JCMS." ECF No. 70 at 2. To that end, the parties have offered slightly different competing proposals for further pretrial narrowing. ECF No. 97 at 4. The Court adopts Defendant's proposal. In sum, the updated schedule for case narrowing is as follows:

| **Event/Timing** | **Limits/Narrowing** |
|---|---|
| May 6, 2021 | Plaintiffs reduce the number of asserted patents to no more than 10; and total asserted patent claims to no more than 50. |

1
Case Nos. 20-CV-08624-LHK; 20-CV-08626-LHK; AND 20-CV-08627-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| | Any dependent claim that is asserted without a separate assertion of the claim(s) from which it depends shall count as the total number of claims in the dependency chain. |
| May 17, 2021 (in Defendant's invalidity contentions) | Defendant limits the number of asserted prior art reference combinations to no more than 10 per asserted claim. |
| After claim construction | 14 days after the Court's claim construction ruling, Plaintiffs reduce the number of asserted patents to no more than 8; and total asserted patent claims to no more than 32. |
| | 14 days thereafter, Defendant reduces the number of asserted prior art reference combinations to no more than 8 per asserted claim. |
| After the close of fact discovery and before opening expert reports | 14 days after the close of fact discovery, Plaintiffs reduce the number of asserted patents to no more than 6 patents; and total asserted patent claims to no more than 24. |
| | 14 days thereafter, Defendant reduces the number of asserted prior art reference combinations to no more than 6 per asserted claim. |
| November 15, 2022 | Plaintiffs shall reduce the number of asserted patents to no more than two, and total asserted patent claims to no more than four per patent. Any dependent claim that is asserted without a separate assertion of the claim(s) from which it depends shall count as the total number of claims in the dependency chain. |
| November 18, 2022 | Defendant shall limit the number of asserted prior art reference combinations to no more than two per asserted claim. |

The Court restates the case schedule below for the convenience of the parties.

| Scheduled Event | Date |
|---|---|
| Disclosure of Asserted Claims and Infringement Contentions | March 31, 2021 |
| Invalidity Contentions | May 17, 2021 |
| Exchange of Proposed Terms for Construction | June 1, 2021 |
| Settlement Conference with Magistrate Judge | June 10, 2021 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | June 22, 2021 |
| Damages Contentions | July 6, 2021 |
| Joint Claim Construction and Prehearing Statement | July 16, 2021 |
| Responsive Damages Contentions | August 5, 2021 |

| | |
|---|---|
| Close of Claim Construction Discovery | August 16, 2021 |
| Opening Claim Construction Brief | August 30, 2021 |
| Responsive Claim Construction Brief | September 13, 2021 |
| Reply Claim Construction Brief | September 20, 2021 |
| Claim Construction Hearing | October 7, 2021 |
| Substantial Completion of Document Discovery | November 12, 2021 |
| Disclosure of Advice of Counsel Defense | January 3, 2022 or 30 days after claim construction ruling (whichever is later) |
| Close of Fact Discovery | February 1, 2022 or 60 days after claim construction ruling (whichever is later) |
| Opening Expert Reports | April 4, 2022 or 120 days after claim construction ruling (whichever is later) |
| Rebuttal Expert Reports | May 2, 2022 or 150 days after claim construction ruling (whichever is later) |
| Close of Expert Discovery | June 1, 2022 or 180 days after claim construction ruling (whichever is later) |
| Last Day to File Dispositive Motions and *Daubert* Motions | July 1, 2022 or 210 days after claim construction ruling (whichever is later) |
| Hearing on Dispositive Motions and *Daubert* Motions | September 1, 2022 |
| Pretrial Conference | November 10, 2022 |
| Jury Trial | December 12, 2022 |
| Length of Jury Trial | 7 days |

**IT IS SO ORDERED.**

Dated: July 1, 2021

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

3
Case Nos. 20-CV-08624-LHK; 20-CV-08626-LHK; AND 20-CV-08627-LHK
CASE MANAGEMENT ORDER