UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABCELLERA BIOLOGICS INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BERKELEY LIGHTS, INC.,<br><br>Defendant. | Case No.  20-cv-08624-LHK (VKD)<br><br>**INTERIM ORDER RE JULY 29, 2021 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 109 |

Plaintiffs AbCellera Biologics, Inc. and The University of British Columbia (collectively, "Plaintiffs") and defendant Berkeley Lights, Inc. ("Berkeley Lights") ask the Court to resolve their dispute concerning Berkeley Lights's response to Plaintiffs' Interrogatory No. 6, which seeks information about author, custodian, date created, and/or last date modified for Berkeley Lights's document production.  Dkt. No. 109.  Based on the discussion held at the August 10, 2021 discovery hearing, the Court orders as follows:

The parties shall confer further and conduct any necessary investigation, including with their e-discovery vendors and in-house personnel knowledgeable about the document management system(s) in question, to determine whether the information Plaintiffs seek exists and how, if at all, it feasibly may be produced.  By **August 24, 2021**, the parties shall file a joint status report identifying any issues that have been resolved and what issues, if any, remain in dispute.  For any remaining disputed issues, the parties shall advise the Court of their respective positions and proposals for resolution, paying particular attention to the relevance and proportionality requirements of Rule 26(b)(1).

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: August 10, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge