TURNER BOYD LLP
Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Keeley I. Vega (State Bar No. 259928)
vega@turnerboyd.com
Marc David Peters (State Bar No. 211725)
mdpeters@turnerboyd.com
TURNER BOYD LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Telephone: (650) 521-5930
Facsimile: (650) 521-5931

IRELL & MANELLA LLP
Morgan Chu (State Bar No. 70446)
mchu@irell.com
Alan J. Heinrich (State Bar No. 212782)
aheinrich@irell.com
Keith A. Orso (State Bar No. 217490)
korso@irell.com
Elizabeth C. Tuan (State Bar No. 295020)
etuan@irell.com
Dennis Courtney (State Bar No. 307646)
dcourtney@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Defendant Berkeley Lights, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABCELLERA BIOLOGICS INC. and THE UNIVERSITY OF BRITISH COLUMBIA,<br><br>Plaintiffs,<br><br>vs.<br><br>BERKELEY LIGHTS, INC.,<br><br>Defendant. | Case Nos. 4:20-cv-8624-JST (consolidated)<br>4:20-cv-8626-JST (consolidated)<br>4:20-cv-8627-JST (consolidated)<br><br>**BLI'S RESPONSE TO PLAINTIFFS' JANUARY 23 LETTER BRIEF** |

Defendant Berkeley Lights, Inc. writes pursuant to the Court's January 23rd Order (ECF No. 132) directing a response to Plaintiffs' letter brief of earlier that day. (ECF No. 133.)

The Court's August 22, 2022, order directed the parties to "inform the Court within two business days of the PTAB's completion of the IPR on the '408 patent." (ECF No. 131 at 3.) When the PTAB issued its Final Written Decision in the IPR of U.S. Patent No. 10,087,408 on January 19, BLI promptly agreed to jointly notify the Court of that decision.

Plaintiffs, however, demanded that the joint notification also include a joint request to lift the stay. BLI did not agree to Plaintiffs' demand, as BLI intends to file a Request for Rehearing with the PTAB before the February 21 deadline. 37 C.F.R. § 42.71(d). Plaintiffs refused to file a joint notification that did not include a joint request for a stay, and proceeded to file a separate letter brief. (ECF No. 133.)

BLI intends to oppose a motion to lift the stay at this time and respectfully suggests that any motion practice concerning lifting the stay be deferred until at least the rehearing process has finished. Per the PTAB Consolidated Trial Practice Guide,[1] that is expected to take about one month after BLI files its Request for Rehearing. The district court litigation is still in its early stages; the pleadings are not even complete, primarily due to Plaintiffs' not-yet-fully-briefed motion to dismiss; and as for any alleged prejudice from an alleged competitor, AbCellera's CEO recently said, in association with AbCellera's most recently reported financial results, that AbCellera finds itself in "a remarkable competitive position," with revenue, earnings, customers, and programs all up since the year before.[2] BLI's activities have not caused Plaintiffs any irreparable harm during the stay such that waiting a short time before considering lifting the stay would unduly prejudice Plaintiffs.

---

[1] https://www.uspto.gov/sites/default/files/documents/tpgnov.pdf (last visited Jan. 26, 2023).

[2] https://investors.abcellera.com/news/news-releases/2022/AbCellera-Reports-Q3-2022-Business-Results/default.aspx (last visited January 26, 2023).

| | |
|---|---|
| Dated: January 27, 2023 | Respectfully submitted, |
| | TURNER BOYD LLP |
| | */s/ Marc David Peters* |
| | Karen I. Boyd (State Bar No. 189808) |
| | boyd@turnerboyd.com |
| | Jennifer Seraphine (State Bar No. 245463) |
| | seraphine@turnerboyd.com |
| | Keeley I. Vega (State Bar No. 259928) |
| | vega@turnerboyd.com |
| | Marc David Peters (State Bar No. 211725) |
| | mdpeters@turnerboyd.com |
| | TURNER BOYD LLP |
| | 155 Bovet Road, Suite 750 |
| | San Mateo, California 94402 |
| | Telephone: (650) 521-5930 |
| | |
| | IRELL & MANELLA LLP |
| | Morgan Chu (State Bar No. 70446) |
| | mchu@irell.com |
| | Alan J. Heinrich (State Bar No. 212782) |
| | aheinrich@irell.com |
| | Keith A. Orso (State Bar No. 217490) |
| | korso@irell.com |
| | Elizabeth C. Tuan (State Bar No. 295020) |
| | etuan@irell.com |
| | Dennis Courtney (State Bar No. 307646) |
| | dcourtney@irell.com |
| | IRELL & MANELLA LLP |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, California 90067 |
| | Telephone: (310) 277-1010 |
| | Facsimile: (310) 203-7199 |
| | |
| | *Attorneys for Defendant Berkeley Lights, Inc.* |

BLI'S RESPONSE TO PLAINTIFFS' JANUARY 23 LETTER BRIEF      2      CASE NOS. 4:20-CV-08624-JST
4:20-CV-08627-JST
4:20-CV-08626-JST