QUINN EMANUEL URQUHART & SULLIVAN, LLP
Brian C. Cannon (Cal. Bar No. 193071)
briancannon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2129
(650) 801-5055

Eric C. Stops (admitted *pro hac vice*)
ericstops@quinnemanuel.com
F. Dominic Cerrito (admitted *pro hac vice*)
nickcerrito@quinnemanuel.com
Angus Chen, Ph. D. (admitted *pro hac vice*)
anguschen@quinnemanuel.com
Brian P. Biddinger (Cal. Bar No. 224604)
brianbiddinger@quinnemanuel.com
Catherine T. Mattes (admitted *pro hac vice*)
catherinemattes@quinnemanuel.com
Krista M. Rycroft (admitted *pro hac vice*)
kristarycroft@quinnemanuel.com
Brian J. Forsatz, Ph.D. (admitted *pro hac vice*)
brianforsatz@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7120

Nathan Sun (Cal. Bar No. 284782)
nathansun@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

*Attorneys for Plaintiffs AbCellera Biologics Inc.
and The University of British Columbia*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABCELLERA BIOLOGICS INC. AND THE UNIVERSITY OF BRITISH COLUMBIA,<br><br>Plaintiffs,<br><br>v.<br><br>BERKELEY LIGHTS, INC.,<br><br>Defendant. | Case No. 4:20-cv-08624-JST<br>Case No. 4:20-cv-08626-JST<br>Case No. 4:20-cv-08627-JST<br>(consolidated)<br><br>**PLAINTIFFS' REPLY REGARDING *INTER PARTES* REVIEW FINAL WRITTEN DECISION** |

Plaintiffs AbCellera Biologics Inc. and The University of British Columbia (together, "AbCellera") write in response to Defendant Berkeley Lights, Inc.'s ("BLI") submission concerning the Patent Trial and Appeal Board's ("PTAB") Final Written Decision upholding the validity of U.S. Patent Nos. 10,087,408 ("the '408 patent") (the "FWD"). (ECF No. 135).

BLI argues that the Court should not consider lifting the stay in the consolidated actions until "at least the rehearing process has finished." (ECF No. 135 at 1). BLI's potential request, however, is largely an exercise in futility as greater than 90% of such requests are denied.[1]  Moreover, BLI avoids taking a position on lifting the stay even once the rehearing process is complete because it apparently intends to further delay this case by arguing that the stay should be maintained for the duration of a subsequent appeal. BLI's arguments should be seen for what they are—desperate attempts to delay reaching the merits of case. BLI also ignores that the Court maintained the stay pending the FWD because it "could simplify a considerable portion of the issues in this case" and because "an IPR decision on the '408 patent is expected in less than five months." ECF No. 131 at 3. The simplification has now occurred. Pursuant to statute, as of the issuance of the FWD, BLI is now foreclosed from asserting unpatentability arguments that it raised or reasonably could have raised with respect to the claims of the '408 patent in this litigation. *See* 35 U.S.C. § 315(e)(2) (providing that an IPR petitioner may not assert in a civil action any invalidity ground that the petitioner "raised or reasonably could have raised" during that IPR); *Network-1 Techs., Inc. v. Hewlett-Packard Co.*, 981 F.3d 1015, 1027 (Fed. Cir. 2020) ("Following a final written decision in an IPR, the AIA provides for statutory estoppel under 35 U.S.C. § 315(e) to limit the invalidity challenges."). Thus, even in the unlikely event that a request for rehearing were granted, it cannot further simplify the case as the statutory estopped has already attached.

BLI further argues that "the district court litigation is still in its early stages." (ECF No. 135 at 1). By BLI's reasoning, once a stay has been put in place, it should never be lifted because a case is frozen in is "early stages." But, BLI's reasoning has been rejected by this court. "[T]he existence

---

[1] USPTO, PTAB Decisions, Decision Dates: 1/1/2017-12/31/2022, AIA Trial, IPR, Rehearing Decision, 37 CFR 42.71, https://developer.uspto.gov/ptab-web/#/search/decisions (January 30, 2023).

of a stay, on its own, should not justify its perpetuation: this case would remain frozen in its nascent stage if the Court continued the stay." *MasterObjects, Inc. v. Ebay, Inc.*, No. 16-cv-06824-JSW, 2018 WL 11353751, at *2 (N.D. Cal. Nov. 7, 2018).  Thus, the stage of the case is not a reason to continue the stay.

BLI also argues that AbCellera is not suffering any prejudice.  (ECF No. 135 at 1).  Not so. AbCellera continues to suffer prejudice because BLI has taken advantage of the stay by, most notably, expanding its product portfolio to include a new infringing device—The Beacon Select™ Optofluidic System—and a new workflow—Opto® Memory B Discovery Rabbit Workflow.[2]  BLI represents that this new device has "the same capabilities" as the Beacon® Optofluidic System—the main product accused of infringement in this litigation.[3]  Not only is BLI expanding its infringing product portfolio but, as AbCellera stated in its prior motion to lift the stay, BLI has used the time given to it by the stay to more closely align its technology and business model with AbCellera's successful and developed platform.  *See* ECF No. 126 at 11.  For example, BLI announced that it has partnered with Monash University and "implemented the use of the Berkeley Lights Beacon® system and Opto® Plasma B Discovery workflow for antibody discovery research."[4]  Such strategic

---

[2]   *See* Beacon Select™ System, Our Cutting-Edge CLD Platform is Now More Accessible, Berkeley Lights, (2023), https://www.berkeleylights.com/systems/beacon-select-optofluidic-system/.; Berkeley Lights Accelerating Antibody Discovery with Launch of Rabbit Memory B Cell Workflow, Berkeley Lights, (November 18, 2022), https://investors.berkeleylights.com/news/news-details/2022/Berkeley-Lights-Accelerating-Antibody-Discovery-with-Launch-of-Rabbit-Memory-B-Cell-Workflow/default.aspx.

[3]   *Id.* ("The Beacon Select™ is a 2-chip single-cell optofluidic system . . . with the same capabilities as the 4-chip Beacon® optofluidic system, which provides well-established workflows that have been adopted by ~130 customers."); *see also* Berkeley Lights Launches Beacon Select™, A New Optofluidic System For Cell Line Development, Berkeley Lights, (January 9, 2023), https://investors.berkeleylights.com/news/news-details/2023/Berkeley-Lights-Launches-Beacon-Select-A-New-Optofluidic-System-For-Cell-Line-Development/default.aspx ("The Beacon Select ***builds upon the same cutting-edge technology offered by the original Beacon system*** launched in 2017 that currently has an installed base of more than 130 systems globally." (emphasis added)).

[4]   Monash University Implements Antibody Discovery Application by Utilizing the Berkeley Lights Beacon® Platform, Berkeley Lights, (November 9, 2022), https://investors.berkeleylights.com/news/news-details/2022/Monash-University-Implements-Antibody-Discovery-Application-by-Utilizing-the-Berkeley-Lights-Beacon-Platform/default.aspx.

partnerships with its customers, as we have previously explained, demonstrates a shift in BLI's business model from simply selling a device and, therefore, puts BLI in further direct competition with AbCellera.

      This action has now been stayed for eighteen months. (ECF No. 123). In light of the PTAB's decisions not to institute on BLI's petitions for *inter partes* review of U.S. Patent Nos. 10,421,936 and 10,738,270 on January 21, 2022 and February 1, 2022, respectively, and the PTAB's FWD on January 19, 2023 affirming the validity of the '408 patent, there is no longer any reason to maintain the stay.

| | | |
|---|---|---|
| DATED: January 30, 2023 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | By  /s/ Eric C. Stops |

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Brian C. Cannon (Cal. Bar No. 193071)
briancannon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2129
(650) 801-5055

Eric C. Stops (admitted *pro hac vice*)
ericstops@quinnemanuel.com
F. Dominic Cerrito (admitted *pro hac vice*)
nickcerrito@quinnemanuel.com
Angus Chen, Ph. D. (admitted *pro hac vice*)
anguschen@quinnemanuel.com
Brian P. Biddinger (Cal. Bar No. 224604)
brianbiddinger@quinnemanuel.com
Catherine T. Mattes (admitted *pro hac vice*)
catherinemattes@quinnemanuel.com
Krista M. Rycroft (admitted *pro hac vice*)
kristarycroft@quinnemanuel.com
Brian J. Forsatz, Ph.D. (admitted *pro hac vice*)
brianforsatz@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7120

Nathan Sun (Cal. Bar No. 284782)
nathansun@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600

*Attorneys for Plaintiffs AbCellera Biologics Inc. and The University of British Columbia*

-4-    Case No. 4:20-cv-08624-JST
PLAINTIFFS' RESPONSE TO BLI'S SUBMISSION
CONCERNING THE PTAB'S FINAL WRITTEN DECISION

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023 I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

DATED: January 30, 2023

By */s/ Eric C. Stops*
Eric C. Stops