UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABCELLERA BIOLOGICS INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BERKELEY LIGHTS, INC., <br><br> Defendant. | Case No. 20-cv-08624-JST <br><br> **ORDER GRANTING PLAINTIFFS' RENEWED MOTION TO LIFT STAY PENDING INTER PARTES REVIEW** <br><br> Re: ECF No. 137 |

Before the Court is Plaintiffs AbCellera Biologics Inc. and The University of British Columbia's renewed motion to lift the stay pending *inter partes* review. ECF No. 137.[1] The Court notes the Patent Trial and Appeals Board's July 20, 2023 decision denying Defendant Berkeley Lights, Inc.'s request on rehearing in *Berkeley Lights, Inc. v. The Univ. of British Columbia*, IPR2021-01249 for U.S. Patent No. 10,087,408. ECF No. 142-1. Because the sole basis for the stay has disappeared, the Court grants Plaintiffs' motion and lifts the stay issued on August 26, 2021. The parties shall appear for a case management conference on August 29, 2023, at 2:00 p.m. A joint case management statement is due August 22, 2023.

**IT IS SO ORDERED.**

Dated: August 4, 2023

_____
JON S. TIGAR
United States District Judge

---

[1] This case is related to two others before this Court: *AbCellera Biologics Inc. v. Berkeley Lights, Inc.*, Case No. 20-cv-08626-JST and *AbCellera Biologics Inc. v. Berkeley Lights, Inc.*, Case No. 20-cv-08627-JST. All docket citations refer to docket entries in this case—*AbCellera Biologics Inc. v. Berkeley Lights, Inc.*, Case No. 20-cv-08624-JST.