**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ABCELLERA BIOLOGICS INC. and THE UNIVERSITY OF BRITISH COLUMBIA | ) ) ) | Case No. 4:20-cv-08624-JST (consolidated) |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR** |
| v. | ) ) | **ALTERNATIVE CASE MANAGEMENT CONFERENCE DATE** |
| BERKELEY LIGHTS, INC., | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Local Rules 6-2 and 7-12 and the Court having considered the Stipulated Request for an alternative case management conference date and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the case management conference set for August 29, 2023 is rescheduled to  September 5, 2023       .

**SO ORDERED.**

DATED:  August 22, 2023

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE