United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABCELLERA BIOLOGICS INC, et al.,

Plaintiffs,

v.

BRUKER CELLULAR ANALYSIS. F/K/A BERKELEY LIGHTS, INC.,

Defendant.

Case No. 20-cv-08624-JST (consolidated)

**ORDER REGARDING PLAINTIFF'S MOTION TO DISMISS AND STRIKE CERTAIN AFFIRMATIVE DEFENSES AND COUNTERCLAIMS FROM DEFENDANT'S ANSWER AND SECOND AMENDED COUNTERCLAIMS**

Re: ECF No. 115

On August 5, 2021, Plaintiff filed a motion to dismiss and strike certain affirmative defenses and counterclaims from Defendant's Answer and Second Amended Counterclaims. *See* ECF No. 115. The Court issued a stay pending IPR, which the Court lifted on August 4, 2023. *See* ECF No. 143. Plaintiff's motion to dismiss has been fully briefed as of September 19, 2023, and is now set for hearing on November 2, 2023. *See* ECF Nos. 155, 158.

On October 20, 2023, Plaintiff filed an amended complaint within the deadline contained in the Court's scheduling order. *See* ECF Nos. 154, 164. Because "an amended complaint does not moot the counterclaims filed in the answer to the original complaint," *Williams & Cochrane, LLP v. Rosette*, No. 17-CV-01436-GPC-MSB, 2020 WL 1939065, at *3 (S.D. Cal. Apr. 22, 2020), Defendant's Second Amended Counterclaims are still operative and Plaintiff's motion to dismiss

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

is still pending. Accordingly, the motion hearing scheduled for November 2, 2023 will remain on calendar.

**IT IS SO ORDERED.**

Dated: October 25, 2023



JON S. TIGAR
United States District Judge