| | |
|---|---|
| PAUL HASTINGS LLP | TURNER BOYD SERAPHINE LLP |
| RUDY Y. KIM (SB# 199426) | Karen I. Boyd (State Bar No. 189808) |
| rudykim@paulhastings.com | boyd@turnerboyd.com |
| ERIC LANCASTER (SB# 244449) | Jennifer Seraphine (State Bar No. 245463) |
| ericlancaster@paulhastings.com | seraphine@turnerboyd.com |
| 1117 South California Avenue | Keeley I. Vega (State Bar No. 259928) |
| Palo Alto, CA 94304 | vega@turnerboyd.com |
| Telephone: (650) 320-1830 | Marc David Peters (State Bar No. 211725) |
| Facsimile: (650) 320-1930 | mdpeters@turnerboyd.com |
| | Vyson Hsu (State Bar No. 322336) |
| [Additional Counsel Listed on Signature Page] | hsu@turnerboyd.com |
| | Camilla Bykhovsky (State Bar No. 353732) |
| *Attorneys for Plaintiffs AbCellera Biologics Inc. and The University of British Columbia* | bykhovsky@turnerboyd.com |
| | 155 Bovet Road, Suite 750 |
| | San Mateo, California 94402 |
| | Telephone: (650) 521-5930 |
| | |
| | *Attorneys for Defendant Bruker Cellular Analysis, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABCELLERA BIOLOGICS INC. and THE UNIVERSITY OF BRITISH COLUMBIA, | CASE NO. 4:20-cv-08624-JST-VKD |
| Plaintiffs, | **JOINT CASE MANAGEMENT STATEMENT** |
| vs. | Date: March 4, 2025 |
| BRUKER CELLULAR ANALYSIS, INC., | Time: 2:00 p.m. |
| Defendant. | Place: Courtroom 6, 2nd Floor |
| | Judge: The Hon. Jon S. Tigar |

**TABLE OF CONTENTS**

**Page**

I.  DISCOVERY ................................................................................................................... 1
    A.   Written Discovery ............................................................................................... 1
         1.   Status ........................................................................................................ 1
    B.   Fact Depositions .................................................................................................. 2
         1.   Status ........................................................................................................ 2
II. SETTLEMENT AND ADR ............................................................................................ 2
III. OTHER CASE MANAGEMENT ISSUES ................................................................... 2

Pursuant to this Court's Order on the Joint Stipulation to Enlarge Time for Substantial Completion of Document Production (including emails), Further Case Management Conference, and Exchange of Privilege Logs (ECF No. 307), and this Court's rulings and instructions during the October 22, 2024 Further Case Management Conference (as reflected in the [Proposed] Scheduling Order filed on October 25, 2024 at ECF No. 289), Plaintiffs AbCellera Biologics Inc. ("AbCellera") and The University of British Columbia ("UBC") and Defendant Bruker Cellular Analysis, Inc. ("Bruker Cellular"), jointly submit the following in advance of the Further Case Management Conference currently scheduled for March 4, 2025.  Particularly, the following contains "the status of discovery (pending and anticipated) and any other case management issues that the parties would like to raise" and as confirmed by this Court, need not include any other information, including information from the Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Statement.  (ECF No. 289-1, fn. 1.)  For such information, the parties refer to the October 15, 2024 Joint Case Management Statement (ECF No. 286).

## I. DISCOVERY

### A. Written Discovery

#### 1. Status

In accordance with this Court's Order (ECF No. 307), the parties substantially completed document production on February 20, 2025 and are in the process of producing emails. Moreover, since the October 22, 2024 Further Case Management Conference, each side has served additional discovery requests (*e.g.*, RFPs, interrogatories, RFAs) on the other party(ies). The parties have also responded to interrogatories and served supplemental interrogatory responses.  Both parties have served subpoenas on third parties, and certain third parties have made document productions in response to those subpoenas.  The parties have worked and continue to work together to resolve any discovery disputes, including through a biweekly standing discovery call and the use of the Court's discovery dispute mechanisms.

**B.     Fact Depositions**

   **1.     Status**

As reported in the October 15, 2024 Joint Case Management Statement, each side has taken one deposition, *i.e.*, Bruker Cellular took a deposition of a named inventor and former AbCellera employee and Plaintiffs took a deposition of a former Bruker Cellular employee. Each side has served Rule 30(b)(6) notice(s) on the other party(ies) as well as objections and responses to the foregoing. The parties have worked and continue to work together to schedule depositions and coordinate logistics.

**II.    SETTLEMENT AND ADR**

To date, the parties have not been able to reach a settlement. As reported in the October 15, 2024 Joint Case Management Statement, the parties have engaged in settlement conferences before Judge van Keulen, *i.e.*, on May 27, 2021 (ECF No. 91) and October 11, 2023 (ECF No. 163). The principals of the parties have also met several times (September and October 2024 and January 2025) to discuss potential resolution of the litigation. The parties are currently considering private mediation.

**III.   OTHER CASE MANAGEMENT ISSUES**

At the October 22, 2024 Further Case Management Conference, the Court issued rulings and instructions, which are reflected in the [Proposed] Scheduling Order filed on October 25, 2024 at ECF No. 289. As further reflected at ECF No. 289, the Court set case deadlines up to trial. The parties agree that while this Court has not signed and issued the [Proposed] Scheduling Order (ECF No. 289), the case deadlines in effect are the four deadlines reflected in this Court's Order (ECF No. 307) and all subsequent deadlines reflected in the [Proposed] Scheduling Order (ECF No. 289).

Bruker Cellular also seeks guidance on the Court's preferred process for resolving the remaining disputed constructions in the Joint Second Amended Claim Construction and Prehearing Statement (ECF No. 238). Plaintiffs do not believe Bruker Cellular has made any showing of good cause to deviate from the Court's Patent Local Rule 4-3.

Dated: February 25, 2025      Respectfully submitted,

/s/ *Rudy Y. Kim*      /s/ *Marc David Peters*
RUDY Y. KIM      MARC DAVID PETERS

RUDY Y. KIM (SB# 199426)
rudykim@paulhastings.com
ERIC LANCASTER (SB# 244449)
ericlancaster@paulhastings.com
PAUL HASTINGS LLP
1117 South California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1830
Facsimile: (650) 320-1930

ERIC W. DITTMANN (*pro hac vice*)
ericdittmann@paulhastings.com
MAX H. YUSEM (*pro hac vice*)
maxyusem@paulhastings.com
ERIC W. LIN (*pro hac vice*)
ericlin@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6689
Facsimile: (212) 230-7829

NAVEEN MODI (*pro hac vice*)
naveenmodi@paulhastings.com
DANIEL ZEILBERGER (*pro hac vice*)
danielzeilberger@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Telephone: (202) 551-1990
Facsimile: (202) 551-0490

KAMILAH ALEXANDER (SB#306586)
kamilahalexander@paulhastings.com
PAUL HASTINGS LLP
4655 Executive Dr., Suite 350
San Diego, CA 92121
Telephone: (858) 458-3007
Facsimile: (858) 458-3107

*Attorneys for Plaintiffs*
*AbCellera Biologics Inc. and*
*The University of British Columbia*

Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Jennifer Seraphine (State Bar No. 245463)
seraphine@turnerboyd.com
Keeley I. Vega (State Bar No. 259928)
vega@turnerboyd.com
Marc David Peters (State Bar No. 211725)
mdpeters@turnerboyd.com
Vyson Hsu (State Bar No. 322336)
hsu@turnerboyd.com
Camilla Bykhovsky (State Bar No. 353732)
bykhovsky@turnerboyd.com
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Telephone: (650) 521-5930

*Attorneys for Defendant*
*Bruker Cellular Analysis, Inc.*

CASE NO. 4:20-cv-08624-JST-VKD      -3-      JOINT CASE MANAGEMENT STATEMENT

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that concurrence in the filing of this document has been obtained from all other signatories.

*/s/ Rudy Y. Kim*
RUDY Y. KIM