UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABCELLERA BIOLOGICS INC, et al., <br><br>Plaintiffs, <br><br>v. <br><br>BRUKER CELLULAR ANALYSIS, INC., <br><br>Defendant. | Case No. 20-cv-08624-JST (VKD) <br><br>**FURTHER ORDER RE APRIL 28, 2025 DISCOVERY DISPUTE LETTER** <br><br>Re: Dkt. Nos. 343, 359 |

At the Court's direction, on May 23, 2025, plaintiff AbCellera Biologics, Inc. ("AbCellera") submitted the declaration of Andrew Booth for *in camera* review. *See* Dkt. No. 359 at 8-9. Having reviewed the declaration, the Court finds that it includes factual information regarding matters the Court previously concluded are relevant to the parties' respective damages calculations. *See id.* at 4. Mr. Booth should have been permitted to testify regarding this information during his deposition. However, the declaration also includes material that is properly protected from disclosure by the joint defense privilege—specifically, communications between UBC and AbCellera, co-plaintiffs in this action, about a matter in which they have a common legal interest. *See United States v. Gonzalez*, 669 F.3d 974, 978 (9th Cir. 2012) (joint defense privilege is an extension of attorney-client privilege); *see also United States v. Garrison,* 888 F.3d 1057, 1062 n.2 (9th Cir. 2018) (same).

Given the status of proceedings in this case, in lieu of ordering Mr. Booth (or another AbCellera witness) to provide further deposition testimony, the Court adopts AbCellera's suggestion that it produce a redacted version of Mr. Booth's declaration to Bruker Cellular. AbCellera shall promptly produce to Bruker Cellular the entirety of Mr. Booth's May 23, 2025 declaration, with the highlighted portions of paragraph 8 and footnote 1 redacted. The Court

expects that production of this declaration will fully resolve the parties' dispute. However, if, after receiving the redacted declaration, Bruker Cellular disagrees that it resolves the dispute, the parties shall confer further, and if they cannot reach agreement, they shall jointly file a status report briefly summarizing their respective proposals for resolving what remains of this dispute.

**IT IS SO ORDERED.**

Dated: May 23, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge