UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABCELLERA BIOLOGICS INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRUKER CELLULAR ANALYSIS, INC., <br><br> Defendant. | Case No. 20-cv-08624-JST <br><br> **ORDER RE MOTIONS TO SEAL** <br><br> Re: ECF Nos. 402, 403, 405, 408, 411, 412, 413, 414, 417, 418, 420, 425, 451, 452, 454, 455, 456, 458, 459, 460, 462, 463, 464, 468, 469, 470, 483, 485, 486, 487, 488, 489, 490, 492, 493, 494, 495, 496, 497, 503, 504, 505, 506, 507, 509, 526 |

Pending before the Court are Plaintiffs AbCellera Biologics Inc. and The University of British Columbia and Defendant Bruker Cellular Analysis, Inc.'s motions to seal. ECF Nos. 402, 403, 405, 408, 411, 412, 413, 414, 417, 418, 420, 425, 451, 452, 454, 455, 456, 458, 459, 460, 462, 463, 464, 468, 469, 470, 483, 485, 486, 487, 488, 489, 490, 492, 493, 494, 495, 496, 497, 503, 504, 505, 506, 507, 509, 526.

With respect to AbCellera's motion to seal another party's material (ECF No. 405), filed in conjunction with its motion to exclude certain opinions of Dr. Wereley, Bruker contends that Exhibit 17 does not need to be sealed, as it "include[s] public information . . . that do[es] not disclose confidential or proprietary information of [Bruker]." ECF No. 436 ¶ 13. The Court therefore denies the motion to seal with respect to Exhibit 17 but otherwise grants the motion.

With respect to AbCellera's motion to seal another party's material (ECF No. 420), filed in conjunction with its motion for summary judgment, Bruker contends that Exhibit 20 does not need to be sealed, as it "does not on its own disclose confidential or proprietary information . . . ." ECF No. 438 ¶¶ 3–4. The Court therefore denies the motion to seal.

With respect to Bruker's motion to seal another party's material (ECF No. 425), filed in

1    conjunction with its motion for summary judgment, AbCellera contends that Exhibit 16 does not
2    need to be sealed, as "it does not contain [AbCellera's] sensitive information." ECF No. 442 ¶ 3.
3    The Court therefore denies the motion to seal with respect to Exhibit 16 but otherwise grants the
4    motion.

5         With respect to AbCellera's motion to seal another party's material (ECF No. 451), filed in
6    conjunction with its opposition to Bruker's motion to exclude the expert report and testimony of
7    Bruce K. Gale, Bruker contends that Exhibit 17 does not need to be sealed, as it "do[es] not
8    disclose confidential or proprietary information . . . ." ECF No. 477 ¶ 15. The Court therefore
9    denies the motion to seal with respect to Exhibit 17 but otherwise grants the motion.

10        With respect to AbCellera's motion to seal another party's material (ECF No. 455), filed in
11   conjunction with its motion to exclude expert report and testimony of Robert L. Vigil, third party
12   La Jolla Institute indicated it would not be "filing any statement or declaration in support of
13   sealing." ECF No. 482 ¶ 2. The Court therefore denies the motion to seal.

14        With respect to AbCellera's motion to seal another party's material (ECF No. 469), filed in
15   conjunction with its opposition to Bruker's motion to exclude expert report and testimony of
16   James Landers, third party La Jolla Institute indicated it would not be "filing any statement or
17   declaration in support of sealing." ECF No. 482 ¶ 2. The Court therefore denies the motion to
18   seal.

19        With respect to AbCellera's motion to seal another party's material (ECF No. 507), filed in
20   conjunction with its opposition to Bruker's motion for summary judgment, third party
21   ChemPartner indicated it would not be "filing any statement or declaration in support of sealing."
22   ECF No. 522 ¶ 2. The Court therefore denies the motion to seal.

23        With respect to the remaining motions to seal (ECF Nos. 402, 403, 408, 411, 412, 413,
24   414, 417, 418, 452, 454, 456, 458, 459, 460, 462, 463, 464, 468, 470, 483, 485, 486, 487, 488,
25   489, 490, 492, 493, 494, 495, 496, 497, 503, 504, 505, 506, 509, 526), having considered the
26   / / /
27   / / /
28

parties' motions, the arguments in support thereof, and the declarations in support thereof, the Court **GRANTS** the motions.

**IT IS SO ORDERED.**

Dated: October 2, 2025

_____
JON S. TIGAR
United States District Judge