| | |
|---|---|
| PAUL HASTINGS LLP | REICHMAN JORGENSEN LEHMAN & FELDBERG LLP |
| RUDY Y. KIM (SB# 199426) | |
| rudykim@paulhastings.com | Christine E. Lehman (pro hac vice) |
| ERIC LANCASTER (SB# 244449) | clehman@reichmanjorgensen.com |
| ericlancaster@paulhastings.com | Connor Houghton (pro hac vice) |
| 1117 South California Avenue | choughton@reichmanjorgensen.com |
| Palo Alto, CA 94304 | 1909 K Street, NW, Suite 800 |
| Telephone: (650) 320-1830 | Washington, DC 20006 |
| Facsimile: (650) 320-1930 | Telephone: (202) 894-7310 |
| [Additional Counsel Listed on Signature Page] | [Additional Counsel Listed on Signature Page] |

*Attorneys for Plaintiffs AbCellera Biologics Inc. and The University of British Columbia*

*Attorneys for Defendant Bruker Cellular Analysis, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABCELLERA BIOLOGICS INC. and THE UNIVERSITY OF BRITISH COLUMBIA, <br><br> Plaintiffs, <br><br> vs. <br><br> BRUKER CELLULAR ANALYSIS, INC., <br><br> Defendant. | CASE NO. 4:20-cv-08624-JST (VKD) <br><br> **ORDER APPROVING JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE** <br><br> Judge:   The Hon. Jon S. Tigar |

### JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE

Under Federal Rule of Civil Procedure 41(a)(2), Plaintiffs AbCellera Biologics Inc. and The University of British Columbia (collectively, "Plaintiffs") and Defendant Bruker Cellular Analysis, Inc. ("Defendant") hereby jointly stipulate and move to dismiss this entire action, Case No. 4:20-CV-08624-JST, with prejudice. The parties further stipulate that each party shall bear its own costs, expenses, and attorney's fees. Accordingly, the parties respectfully request that the Court dismiss this case with prejudice.

A proposed order is attached.

| | | |
|---|---|---|
| 1 | Dated: December 17, 2025 | Respectfully submitted, |
| | /s/ *Rudy Y. Kim* | /s/ *Christine E. Lehman* |
| 2 | RUDY Y. KIM | Christine E. Lehman |
| | | Christine E. Lehman (pro hac vice) |
| 3 | Rudy Y. Kim (SB# 199426) | clehman@reichmanjorgensen.com |
| | rudykim@paulhastings.com | Connor Houghton (pro hac vice) |
| 4 | ERIC LANCASTER (SB# 244449) | choughton@reichmanjorgensen.com |
| | ericlancaster@paulhastings.com | Savannah Carnes (State Bar No. 335438) |
| 5 | PAUL HASTINGS LLP | scarnes@reichmanjorgensen.com |
| | 1117 South California Avenue | REICHMAN JORGENSEN LEHMAN & |
| 6 | Palo Alto, CA 94304 | FELDBERG LLP |
| | Telephone: (650) 320-1830 | 1909 K Street, NW, Suite 800 |
| 7 | Facsimile: (650) 320-1930 | Washington, DC 20006 |
| | | Telephone: (202) 894-7310 |
| 8 | ERIC W. DITTMANN (*pro hac vice*) | |
| | ericdittmann@paulhastings.com | Courtland L. Reichman (State Bar No. 268873) |
| 9 | MAX H. YUSEM (*pro hac vice*) | creichman@reichmanjorgensen.com |
| | maxyusem@paulhastings.com | Jennifer Prieb Estremera (State Bar No. 251076) |
| 10 | PAUL HASTINGS LLP | jestremera@reichmanjorgensen.com |
| | 200 Park Avenue | James David Gordon (State Bar No. 340004) |
| 11 | New York, NY 10166 | jgordon@reichmanjorgensen.com |
| | Telephone: (212) 318-6689 | REICHMAN JORGENSEN LEHMAN & |
| 12 | Facsimile: (212) 230-7829 | FELDBERG LLP |
| | | 100 Marine Parkway, Suite 300 |
| 13 | NAVEEN MODI (*pro hac vice*) | Redwood Shores, CA 94065 |
| | naveenmodi@paulhastings.com | Telephone: (650) 623-1401 |
| 14 | DANIEL ZEILBERGER (*pro hac vice*) | |
| | danielzeilberger@paulhastings.com | Patrick Colsher (State Bar No. 336958) |
| 15 | PAUL HASTINGS LLP | pcolsher@reichmanjorgensen.com |
| | 2050 M Street NW | REICHMAN JORGENSEN LEHMAN & |
| 16 | Washington, DC 20036 | FELDBERG LLP |
| | Telephone: (202) 551-1990 | 400 Madison Avenue, Suite 14D |
| 17 | Facsimile: (202) 551-0490 | New York, NY 10017 |
| | | Telephone: (212) 381-1965 |
| 18 | KAMILAH ALEXANDER (SB#306586) | |
| | kamilahalexander@paulhastings.com | Karen I. Boyd (State Bar No. 189808) |
| 19 | PAUL HASTINGS LLP | boyd@turnerboyd.com |
| | 4655 Executive Dr., Suite 350 | Jennifer Seraphine (State Bar No. 245463) |
| 20 | San Diego, CA 92121 | seraphine@turnerboyd.com |
| | Telephone: (858) 458-3007 | Keeley I. Vega (State Bar No. 259928) |
| 21 | Facsimile: (858) 458-3107 | vega@turnerboyd.com |
| | | Marc David Peters (State Bar No. 211725) |
| 22 | *Attorneys for Plaintiffs* | mdpeters@turnerboyd.com |
| | *AbCellera Biologics Inc. and* | Vyson Hsu (State Bar No. 322336) |
| 23 | *The University of British Columbia* | hsu@turnerboyd.com |
| | | Camilla Bykhovsky (State Bar No. 353732) |
| 24 | | bykhovsky@turnerboyd.com |
| | | TURNER BOYD SERAPHINE LLP |
| 25 | | 155 Bovet Road, Suite 750 |
| | | San Mateo, California 94402 |
| 26 | | Telephone: (650) 521-5930 |
| 27 | | *Attorneys for Defendant* |
| | | *Bruker Cellular Analysis, Inc.* |
| 28 | | |

| CASE NO. 4:20-cv-08624-JST-VKD | -1- | JOINT STIPULATION AND MOTION TO DISMISS WITH PREJUDICE |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs AbCellera Biologics Inc. and The University of British Columbia and Defendant Bruker Cellular Analysis, Inc.'s joint motion to dismiss with prejudice. IT IS HEREBY ORDERED that the joint motion is GRANTED and this entire action, Case No. 4:20-CV-08624-JST, is dismissed with prejudice and each party shall bear its own costs, expenses, and attorney's fees.

Dated: December __18__, 2025

_____
The Honorable Jon S. Tigar
United States District Court Judge